UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| ------------------------------------------------- X: <br> BRIAN CHAPMAN, TRACY JAMES, BRIAN SUSEL, and KRISTY BECKWITH, on behalf of themselves and and all others similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> THS GROUP LLC d/b/a SERVICEPLUS HOME WARRANTY, DAVID SERUYA and BOOMSOURCING INC., <br> Defendants. <br> ------------------------------------------------- | Case No. 2:22-cv-05076-MCA-ESK <br><br> Hon. Madeline Cox Arleo, District Court Judge <br><br> Hon. Edward S. Kiel, Magistrate Judge <br><br> **SUPPLEMENTAL NOTICE OF VOLUNTARY DISMISSAL (AS TO DEFENDANT BOOMSOURCING LLC ONLY)** |

Plaintiffs, through their undersigned counsel, submit this Supplemental Notice of Voluntary Dismissal With Prejudice, which supplements the previous Notice filed as to Plaintiff Brian Chapman ("Chapman") on January 25, 2024 (*see* ECF No. 92) in the above-captioned matter. Plaintiffs respectfully advise the Court that: (i) Plaintiff Chapman's claims in the operative complaint (*see* ECF No. 91) were pled as to all defendants; (ii) the claims of Plaintiffs Tracy James, Brian Sussel, and Kristy Beckwith in the operative complaint are pled (and should continue) only as to Defendants THS Group and David Seruya, and not as to Defendant Boomsourcing LLC (named in this litigation as "Boomsourcing Inc." and hereafter referred to as

"Boomsourcing"); and (iii) as a result of Plaintiff Chapman's prior Notice of Voluntary Dismissal With Prejudice (*see* ECF No. 92) and the Court's resulting order of dismissal as to Plaintiff Chapman's claims (*see* ECF No. 93), Boomsourcing should also be dismissed from this matter *with prejudice*, and this matter should continue as to the remaining Defendants, THS Group and David Seruya, only.

Dated: February 1, 2024  Respectfully submitted,

By: */s/ Max S. Morgan*
Max S. Morgan
Eric H. Weitz
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia PA 19102
Tel: 267-587-6240
Max.morgan@theweitzfirm.com
Eric.weitz@theweitzfirm.com

Anthony I. Paronich
**Paronich Law, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: 617.485.0018
anthony@parnonichlaw.com
*Admitted Pro Vice*

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  2/2/24