Max S. Morgan
Eric H. Weitz
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia PA 19102
Tel: 267-587-6240
Max.morgan@theweitzfirm.com
Eric.weitz@theweitzfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: 617.485.0018
anthony@parnonichlaw.com
Admitted Pro Vice

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN CHAPMAN, TRACY JAMES, BRUCE SUSEL and KRISTY BECKWITH, on behalf of themselves and all others similarly situated,<br><br> *Plaintiffs*,<br>v.<br><br>THS GROUP LLC d/b/a SERVICEPLUS HOME WARRANTY, DAVID SERUYA and BOOMSOURCING INC.,<br><br> *Defendants*. | Case No. 2:22-cv-05076-MCA-JSA<br><br>**<u>JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>** |

 Plaintiffs Tracy James, Bruce Susel and Kristy Beckwith and Defendants THS Group LLC d/b/a ServicePlus Home Warranty and David Seruya hereby stipulate to

53922937 v1

the dismissal of Plaintiffs Bruce Susel and Kristy Beckwith's claims without prejudice with each party to bear their own fees costs and expenses.

Plaintiff Tracy James' claims remain pending.

Dated: April 4, 2024

Respectfully submitted,                                   Respectfully submitted,

By: /s/ Max S. Morgan                                     /s/ Kristen P. Watson
Max S. Morgan                                             Joshua H. Threadcraft (Admitted Pro
Eric H. Weitz                                             Hac Vice)
THE WEITZ FIRM, LLC                                       Kristen P. Watson (NJ Bar
1515 Market Street, #1100                                 #270832018)
Philadelphia PA 19102                                     BURR & FORMAN LLP
Tel: 267-587-6240                                         420 North 20th Street, Ste. 3400
Max.morgan@theweitzfirm.com                               Birmingham, AL 35203
Eric.weitz@theweitzfirm.com                               Telephone: (205) 251-3000
                                                          Facsimile: (205) 458-5100
Anthony I. Paronich                                       kwatson@burr.com
Paronich Law, P.C.                                        jthreadcraft@burr.com
350 Lincoln Street, Suite 2400
Hingham, MA 02043                                         *Attorneys for Defendants*
Tel: 617.485.0018
anthony@parnonichlaw.com
Admitted Pro Vice

*Attorneys for Plaintiffs*

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 4/5/24