Max S. Morgan
Eric H. Weitz
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia PA 19102
Tel: 267-587-6240
Max.morgan@theweitzfirm.com
Eric.weitz@theweitzfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: 617.485.0018
anthony@parnonichlaw.com
Admitted Pro Vice

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRACY JAMES, on behalf of herself and all others similarly situated,<br><br>  *Plaintiff*,<br>v.<br><br>THS GROUP LLC d/b/a SERVICEPLUS HOME WARRANTY and DAVID SERUYA<br><br>  *Defendants*. | Case No. 2:22-cv-05076-MCA-SDA<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff Tracy James ("Plaintiff") and Defendants THS Group LLC d/b/a ServicePlus

Home Warranty ("ServicePlus") and David Seruya ("Seruya") (hereinafter collectively referred to

as the "Parties" and individually "Party") hereby jointly stipulate to the dismissal of James' claims

against ServicePlus and Seruya with prejudice and the putative class members' claims without

prejudice with each Party to bear their own fees, costs and expenses.

Dated: November 5, 2024

Respectfully submitted,                                   Respectfully submitted,


By: */s/ Max S. Morgan*                                   */s/ Kristen P. Watson*
Max S. Morgan                                             Joshua H. Threadcraft (Admitted Pro Hac
Eric H. Weitz                                             Vice)
THE WEITZ FIRM, LLC                                       Kristen P. Watson (NJ Bar #270832018)
1515 Market Street, #1100                                 BURR & FORMAN LLP
Philadelphia PA 19102                                     420 North 20th Street, Ste. 3400
Tel: 267-587-6240                                         Birmingham, AL 35203
Max.morgan@theweitzfirm.com                               Telephone: (205) 251-3000
Eric.weitz@theweitzfirm.com                               Facsimile: (205) 458-5100
                                                          kwatson@burr.com
Anthony I. Paronich                                       jthreadcraft@burr.com
Paronich Law, P.C.
350 Lincoln Street, Suite 2400                            *Attorneys for Defendants*
Hingham, MA 02043
Tel: 617.485.0018
anthony@parnonichlaw.com
Admitted Pro Vice

*Attorneys for Plaintiffs*                                SO ORDERED

                                                              *s/Madeline Cox Arleo*
                                                          MADELINE COX ARLEO, U.S.D.J.


                                                          Date:   11/7/24

2